UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                            :
                                                  :          Case No. 15-11172-mew
SILVER REALTY EQUITIES, LLC.    :
                                                  :
                    Debtor.                 :          Chapter 7
                                                  :
---------------------------------------------------------x

## ORDER TO SHOW CAUSE

Upon the affidavit of Ian J. Gazes (the "Affidavit"), the chapter 7 trustee (the "Trustee") of the estate of Silver Realty Equities, LLC (the "Debtor"), dated October 21, 2015, it hereby is

**ORDERED**, that the representative of the Debtor who executed the Debtor's chapter 11 petition and the Debtor's attorney of record, W. Marilynn Pierre, shall each appear before the Honorable Michael E. Wiles, United States Bankruptcy Judge, in Courtroom 617 at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, on **December 2, 2015 at 10:00 am** (the "Hearing"), and show cause why the Court should not enter an order compelling cooperation with the trustee, dismissing the above-captioned case, and/or granting such other and different relief as the Court deems just and proper; and it is further

**ORDERED,** that this Order to Show Cause and the Affidavit be served by the Trustee on or before the end of the first business day following entry of this order by first class mail upon the Debtor, the Debtor's attorney and the United States Trustee.

Dated: New York, New York
           October 23, 2015

                                        s/Michael E. Wiles
                                        THE HONORABLE MICHAEL E. WILES
                                        UNITED STATES BANKRUPTCY JUDGE

1